UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

Case No. 23-cr-20479
Hon. Matthew F. Leitman

v.

JAMES CORNELIUS GRIFFIN,

       Defendant.
_____/

### ORDER DENYING DEFENDANT'S MOTION TO DISMISS INDICTMENT (ECF #25)

On October 16, 2024, the Court held a hearing on Defendant's Motion to Dismiss Indictment. (See Mot., ECF No. 25.) For the reasons explained on the record during the hearing, the motion is **DENIED**.

    **IT IS SO ORDERED**.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated: October 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 16, 2024, by electronic means and/or ordinary mail.

                                      s/Holly A. Ryan
                                      Case Manager
                                      (313) 234-5126